

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-18-00020-CV

HEATH GABLE JAMES                                                    APPELLANT

V.

DANYLLE MARIE JAMES                                                  APPELLEE

------------

## FROM COUNTY COURT AT LAW NO. 2 OF WICHITA COUNTY
## TRIAL COURT NO. CCL-425-17-F

------------

## MEMORANDUM OPINION[1] AND JUDGMENT

------------

On January 17, 2018, March 22, 2018, and April 19, 2018, we notified appellant in accordance with rule of appellate procedure 42.3(c) that we would dismiss this appeal unless the $205 filing fee was paid. *See* Tex. R. App. P. 42.3(c). Appellant has not paid the $205 filing fee. *See* Tex. R. App. P. 5, 12.1(b).

---

[1]*See* Tex. R. App. P. 47.4.

Because appellant failed to comply with a requirement of the rules of appellate procedure and the Texas Supreme Court's order of August 28, 2015,[2] we dismiss the appeal. *See* Tex. R. App. P. 42.3(c), 43.2(f).

Appellant shall pay all costs of this appeal, for which let execution issue. *See* Tex. R. App. P. 43.4.

PER CURIAM

PANEL: BIRDWELL, J.; SUDDERTH, C.J.; and WALKER, J.

DELIVERED: May 24, 2018

---

[2]*See* Supreme Court of Tex., *Fees Charged in the Supreme Court, in Civil Cases in the Courts of Appeals, and Before the Judicial Panel on Multi-District Litigation*, Misc. Docket No. 15-9158 (Aug. 28, 2015) (listing courts of appeals' fees).